**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

THE BANK OF NEW YORK MELLON     :    No. 724 MAL 2016
F/K/A THE BANK OF NEW YORK, AS    :
TRUSTEE,     :
    :    Petition for Allowance of Appeal from
    :    the Order of the Superior Court
            Respondent     :
    :
    :
              v.     :
    :
    :
MARK D. MAZZA AND LISA A. MAZZA,    :
    :
            Petitioners     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.